[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 08-11333

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DEC 12, 2008
THOMAS K. KAHN
CLERK

D. C. Docket No. 07-61517 CV-PCH

VIATICAL ADMINISTRATORS, INC.,
A Colorado Corporation,

Plaintiff-
Counter-Defendant-
Appellant,

versus

BLUE PAPER, INC.,
A Florida Corporation, et al.,

Defendants-
Cross-Defendants,

BANKUNITED, FSB,
a Federal Savings Bank,

Defendant-
Counter-Claimant-
Appellee,

900 HILLSBORO MILE, INC.,
A Florida not-for-profit corporation, et al.,

Defendants.

---

Appeal from the United States District Court
for the Southern District of Florida

---

**(December 12, 2008)**

Before DUBINA, BLACK and FAY, Circuit Judges.

PER CURIAM:

Because we conclude from the record that the district court correctly determined that BankUnited's mortgage has priority over Viatical Administrators, Inc.'s equitable liens, we affirm the district court's judgment.

**AFFIRMED.**